**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| BITHARMONY, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. AND AMAZON.COM SERVICES LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02449 (AJT/WEF) |

**MEMORANDUM IN OPPOSITION TO AMAZON'S MOTION TO FILE DOCUMENTS UNDER SEAL**

In accordance with Local Rule 5, BitHarmony LLC ("BitHarmony") respectfully submits this memorandum in opposition to Defendants' Motion to Seal Exhibit A to Amazon's Opposition to BitHarmony, LLC's Motion for Leave to File Amended Complaint (Dkt. 137).

Amazon took no position on sealing in its motion. BitHarmony does not seek to have Exhibit A sealed, as the document was excerpted such that no highly confidential information is contained within Exhibit A. Sealing of the document is therefore not necessary under Fourth Circuit precedent. *See Ashcraft v. Conoco, Inc.,* 218 F.3d 282, 288 (4th Cir. 2000).

For the reasons stated herein, BitHarmony respectfully requests the Court deny Defendants' Motion to Seal Exhibit A to Amazon's Opposition to BitHarmony, LLC's Motion for Leave to File Amended Complaint (Dkt. 137).

Dated: June 4, 2026

Respectfully submitted,

*/s/ Blair M. Jacobs*
Blair M. Jacobs (VA Bar No. 32010)

bjacobs@bsfllp.com
Christina A. Ondrick (VA Bar No. 45736)
condrick@bsfllp.com
John S. Holley (Admitted *Pro Hac Vice*)
jholley@bsfllp.com
John Wittenzellner (Admitted *Pro Hac Vice*)
jwittenzellner@bsfllp.com
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Charles B. Molster, III (VA Bar No. 23613)
cmolster@molsterlaw.com
Law Offices of Charles B. Molster, III PLLC
1901 Pennsylvania Avenue, NW, Suite 610
Washington, DC 20006
Telephone: (703) 346-1505

*Attorneys for Plaintiff BitHarmony, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to all counsel of record.

*/s/ Blair M. Jacobs*
Blair M. Jacobs